# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| COOLIT SYSTEMS INC., | : |
| Plaintiff, | : Civil Action No. _____ |
| v. | : **DEMAND FOR JURY TRIAL** |
| ASETEK HOLDINGS, INC. | : |
| Defendant. | : |

## **COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff, CoolIT Systems Inc. ("CoolIT"), files this Complaint against Defendant Asetek Holdings, Inc. ("Defendant"), and in support thereof, states as follows:

### I. **JURISDICTION AND VENUE**

1. This is a civil action for patent infringement under the laws of the United States, 35 U.S.C. §271 et seq. This Court has original subject matter jurisdiction under 28 U.S.C. §§1331 (federal question) and 1338(a) (patent-exclusive jurisdiction).

2. Venue is proper in this district under 28 U.S.C. §1400(b).

3. The Court has personal jurisdiction over Defendant by virtue of its acts of patent infringement which have been committed in this judicial district, and by virtue of its transaction of business in this district.

## II. THE PARTIES

4.     Plaintiff CoolIT Systems Inc. is a Canada corporation having its principal place of business at 3920 29th Street NE, Calgary, Alberta, Canada T1Y 6B6.

5.     Upon information and belief, Defendant Asetek Holdings, Inc. is a Delaware corporation with its principal place of business at 5285 Hellyer Avenue, Suite 110, San Jose, California 95138.  Its registered agent is Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

## III. PATENT AT ISSUE

6.     CoolIT owns and has standing to sue for infringement of United States Patent No. 8,746,330 entitled "Fluid Heat Exchanger Configured To Provide A Split Flow" ("the '330 Patent").

7.     The '330 Patent was duly and legally issued by the United States Patent and Trademark Office on June 10, 2014. A true and correct copy of the '330 Patent is attached hereto as Exhibit A.

8.     CoolIT is the owner by assignment of all right, title, and interest in and to the '330 Patent.

## IV. CLAIM FOR PATENT INFRINGEMENT

9.     Upon information and belief, Defendant manufactures, has manufactured, imports, offers to sell, and sells computer liquid cooling products that infringe one or more claims of the '330 patent, including at least the products identified by Asetek as containing or utilizing its "Gen IV" and "Gen V" cooling heads. Thus, Defendant has directly infringed and continues to directly infringe the '330 Patent.

10.    Defendant has also induced infringement and contributed to the infringement by others of the '330 patent.

11. Defendant's infringement of the '330 Patent has caused and continues to cause monetary damages and irreparable harm to CoolIT.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, CoolIT demands that the issues in this case be tried by a jury.

## PRAYER FOR RELIEF

WHEREFORE, CoolIT respectfully requests this Court to:

A. Enter judgment for CoolIT that U.S. Patent No. 8,746,330 is valid, enforceable, and has been infringed by Defendant;

B. Issue a permanent injunction restraining Defendant, its directors, officers, agents, employees, successors, subsidiaries, assigns, and all persons acting in privity or in concert or participation with Defendant from the continued infringement, direct or contributory, or active inducement of infringement by others, of U.S. Patent No. 8,746,330;

C. Direct Defendant to file with this Court, and to serve on CoolIT, a written report under oath setting forth in detail the manner and form in which Defendant has complied with the injunction;

D. Order Defendant to account for and to pay to CoolIT its actual damages suffered by reason of its infringement of United States Patent No. 8,746,330 and that such damages be trebled due to Defendant's deliberate, willful, and knowing conduct;

E. Order Defendant to pay CoolIT its costs, expenses, and fees, including reasonable attorneys' fees pursuant to 35 U.S.C. §285, and pre-judgment and post-judgment interest at the maximum rate allowed by law; and

    F.    Grant CoolIT such other and further relief as the Court may deem just and proper.

BLANK ROME LLP

By: */s/Steven L. Caponi*
   STEVEN L. CAPONI (DE No. 3484)
   1201 Market Street, Suite 800
   Wilmington, DE  19801
   (302) 425-6400
   *Attorney for Plaintiff*

Dated:  June 10, 2014