IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COOLIT SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 14-725-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| ASETEK HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO STAY

Plaintiff CoolIT Systems, Inc. ("CoolIT") and Defendant and Asetek Holdings, Inc., ("Asetek"), by and through their respective counsel respectfully submit the following Stipulation:

1. This patent infringement case is in its earliest stages. The complaint was filed on June 10, 2014. Asetek has not yet answered, there is no schedule in place and the Court has not scheduled a pretrial conference.

2. The Parties here are also parties to two other pending patent infringement cases, both of which were filed by Asetek in the Northern District of California, *Asetek Holdings, Inc., et al. v. CoolIT Systems, Inc.*, 3:12-cv-4498-EMC ("*Asetek I*") and *Asetek A/S, et al. v. CoolIT Systems, Inc.*, 4:14-cv-2713-CW ("*Asetek II*").

3. The *Asetek I* case has been pending since August 2012, and is set for jury trial in the Northern District of California starting on October 6, 2014.

4. The *Asetek II* case was filed in June 2014 and is also in its earliest stages. CoolIT filed for *inter partes* review of the patent in suit in the *Asetek II* case, and the parties have agreed to stay that case while the Patent Office decides the IPR. A stipulation to stay the *Asetek II* case

was filed on September 3, 2014.

5. *Asetek I* and *Asetek II* involve different patents than the patent in suit in this case. However, all three cases and all asserted patents are related to similar technology.

6. Neither the outcome of the October trial nor the Patent Office's decision to institute CoolIT's requested IPR (which decision is expected no later than February 11, 2015) will be dispositive of the issues in this case. Nonetheless, the parties believe that the outcome of the trial and the decision on CoolIT's petition for IPR may move the parties closer to negotiating a global settlement of all issues between them, including the issues presented in this case.

7. Because a brief stay may facilitate resolution of this action, the Parties now seek to stay all deadlines in this case until after the trial is concluded and the Patent Office decides CoolIT's petition for IPR.

8. Subject to the Court's approval, the Parties stipulate that this matter will be stayed until the Patent Office decides CoolIT's petition for IPR and the trial is concluded.

9. The parties will report back to the Court with the status of the matter and their respective positions regarding the stay no later than February 18, 2015.

10. For the foregoing reasons, the Parties request that the Court stay this litigation.

| BLANK ROME LLP | ASHBY & GEDDES |
|---|---|
| */s/ Steven L. Caponi* | */s/ Tiffany Geyer Lydon* |
| Steven L. Caponi (#3484)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br>caponi@blankrome.com<br><br>*Attorneys for Plaintiff* | Tiffany Geyer Lydon (#3950)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-188<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Defendant* |

SO ORDERED, this 4th day of Sept, 2014.

_____
United States District Judge